CLAY et al. v. KLINE.

(Circuit Court, S. D. New York. October 8 1906.)

TRADE-MARKS, AND TRADE-NAMES—UNFAIR COMPETITION—SIMULATION OF CIG-
AR BANDS.

A preliminary injunction granted restraining defendant from using upon individual cigars of panatella shape bands simulating those of complainant in shape and colors.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 46, Trade-Marks and Trade-Names, § 108.]

In Equity. On motion for preliminary injunction.

Wise & Lichtenstein, for the motion.
Mandelbaum Bros., opposed.

LACOMBE, Circuit Judge. The complainant may take a preliminary injunction against defendant using upon individual cigars having substantially the size and shape of what are known as "panatelas" any red and gold band lettered in white, substantially as are the two bands presented on the argument, when such band has an elongated oval escutcheon such as defendant now uses, or one in shape, size, and proportions relative to the band substantially similar to the complainant's.